UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

JUN 05 2024

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| V. | ) | CAUSE NO. |
| DEMARCUS LEE MCCLOUD, | ) | 1:24-cr-101-JRS-MJD |
| Defendant. | ) | |

## **INDICTMENT**

The Grand Jury charges that:

### COUNT 1
Malicious Damage to Property Receiving Federal Funds
18 U.S.C. §844(f)(1)

On or about April 20, 2024, in the Southern District of Indiana, the defendant, Demarcus Lee McCloud maliciously attempted to damage other real property, a bus shelter, in whole and in part owned by Indianapolis Public Transportation Corporation, an organization receiving Federal financial assistance, by means of fire, in violation of Title 18, United States Code, Section 844(f)(1).

### COUNT 2
Malicious Damage to Federal Property
18 U.S.C. §844(f)(2)

On or about April 24, 2024, in the Southern District of Indiana, the defendant, Demarcus Lee McCloud maliciously destroyed a vehicle, a bus, in part owned by the Federal Transportation Administration, an agency of the United States, by means of fire, and as a result

of such conduct, directly or proximately causes personal injury or creates a substantial risk of injury to any person, in violation of Title 18, United States Code, Section 844(f)(2).

## COUNT 3
## Malicious Damage to Property Receiving Federal Funds
## 18 U.S.C. §844(f)(2)

On or about April 24, 2024, in the Southern District of Indiana, the defendant, Demarcus Lee McCloud maliciously damaged other real property, a bus shelter, in whole and in part owned by Indianapolis Public Transportation Corporation, an organization receiving Federal financial assistance, by means of fire, and as a result of such conduct, directly or proximately causes personal injury or creates a substantial risk of injury to any person, in violation of Title 18, United States Code, Section 844(f)(2).

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Pamela S. Domash
Assistant United States Attorney
MPB