UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:24-cr-00101-JRS-MJD |
| DEMARCUS LEE MCCLOUD, | ) ) | -01 |
| Defendant. | ) ) | |

## ENTRY SETTING PLEA AND SENTENCING HEARING

Defendant, Demarcus McCloud, has entered a petition to enter a plea of guilty [51] in the above-referenced cause. The plea will be taken and sentencing held on **May 21, 2025 at 1:00 p.m. (ET)** in Room 307, U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Any sentencing memoranda and/or supporting exhibits shall be filed by May 14, 2025.

Date: 4/15/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.