UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>DEMARCUS LEE MCCLOUD,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:24-cr-00101-JRS-MJD |

**PETITION TO ENTER A PLEA OF GUILTY**
and
**REQUEST FOR PRESENTENCE INVESTIGATION**

The defendant Demarcus Lee McCloud, individually and by counsel, petitions the court for leave to enter a plea of guilty. The defendant represents to the court as follows:

1. My full true name is Demarcus Lee McCloud.

2. I can read and write the English language.

3. I have received a copy of the Indictment. I have read it and discussed it with my attorney and I believe I understand the charge brought against me in this case.

4. I understand that

   a. The maximum statutory punishment for the offense of Count One is 20 years in prison, a fine of $250,000, and supervised release for 3 years, Count Two is 40 years in prison, a fine of $250,000, and supervised release for 3 years and Count Three is 40 years in prison, a fine of $250,000, and supervised release for 3 years .

   b. I will have to pay, at the time of sentencing, a special assessment of $300.

1

    c.    I may have to pay a fine.

    d.    I may have to pay restitution.

5. I have the right to be represented by an attorney at every stage of this legal proceeding and if I am financially unable to hire an attorney one will be appointed to represent me.

6. I know I have a right to plead not guilty, or to persist in a not guilty plea already made, and that if I choose to plead not guilty the Constitution guarantees me:

    a.    the right to a speedy and public trial by jury in the district in which I am charged;

    b.    the right to confront and cross-examine adverse witnesses;

    c.    the right to use the power and the process of the court to compel the production of any evidence, including the attendance of any witnesses in my favor, at my trial;

    d.    the right to the assistance of counsel at every stage of the proceedings, including an appeal if need be;

    e.    the right to remain silent, including a right not to be compelled to testify at my trial;

    f.    the right to testify in my own defense at the trial; and

    g.    a right to appeal my conviction and my sentence to a higher court even if I am financially unable to pay the cost of an appeal.

7. If my plea of guilty is accepted by the court there will not be a further trial of any kind and that by pleading guilty I waive the right to a trial.

8. No officer or agent of any branch of government (federal, state or local), nor any other person, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I would receive a lighter sentence or any other consideration if I would plead guilty, and no such person has made any threats against me if I exercise my right to go

to trial.

9. My attorney has advised me that if I am not a citizen of the United States a conviction in this case may result in my being deported from the United States.

10. I offer my plea of guilty freely and voluntarily and of my own accord.

11. I request a presentence investigation by the probation office of this court to be commenced immediately. I consent to the review of my presentence report by the Judge, by my attorney and myself, and by counsel for the government prior to the acceptance of my plea of guilty by the court. Additionally, with the understanding that it will still be provided to my attorney, I waive the requirement under Federal Rule of Criminal Procedure 32(e)(2) that the presentence report be provided to me at least 35 days before sentencing.

Dated: 5-20-2025

_Demarcus L McCloud_
Demarcus Lee McCloud

Dated: 6/2/25

_Joseph M. Cleary_
Joseph M. Cleary
Indiana Federal Community Defenders
Suite 3200
111 Monument Circle
Indianapolis, IN. 46204-5172
(317) 383-3520
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_Joseph M. Cleary_
Joseph M. Cleary