**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24-cr-00101-JRS-MJD-1 |
| ) | |
| DEMARCUS LEE MCCLOUD, ) | |
| Defendant. ) | |

### ORDER ON DEFENDANT'S MOTION TO WITHDRAW
### PLEA AGREEMENT AND SUBSTITUTE PETITION TO ENTER PLEA OF GUILTY

This matter is before the Court upon Defendant Demarcus Lee McCloud's Motion to Withdraw Plea Agreement and Substitute Petition to Enter a Plea of Guilty, and the Court, being duly advised, now finds the Motion well taken and is **GRANTED.**

**IT IS THEREFORE ORDERED** that the petition to enter plea of guilty [Dkt. 62] will be substituted for the plea agreement at docket 51. The Clerk is directed to WITHDRAW Dkt. 51.

Date: 6/3/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification